# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | Case No. 1:09CR00007 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **ARTURO VICTORIANO.**, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED, and the defendant's § 2255 motion is DENIED. It is further **ORDERED** that based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: March 21, 2011

/s/ JAMES P. JONES
United States District Judge